■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ELLIOTT, Appellant. [682 NYS2d 625] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered January 8, 1997, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court improperly participated in the trial proceedings is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Green,* 244 AD2d 423; *People v Jones,* 242 AD2d 542). In any event, the trial court's conduct did not exceed permissible bounds of participation (*see, People v Jones, supra*).

The defendant's remaining contention, that the trial court improperly permitted one officer to testify that following a conversation with the defendant's sister the defendant was placed under arrest, is also unpreserved for appellate review (*see, People v White,* 210 AD2d 271; *People v Washington,* 176 AD2d 769). In any event, while it was error to permit such police testimony, which improperly implied that a witness, who was not brought in to testify, did in fact implicate the defendant (*see, People v Griffin,* 246 AD2d 668; *People v Williams,* 193 AD2d 826), the error was rendered harmless by the overwhelming evidence of guilt (*see, People v White, supra*; *People v Mobley,* 56 NY2d 584). Miller, J. P., Copertino, Thompson and Friedmann, JJ., concur.